**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MONIQUE LIN-LUSE | ) | |
| | ) | **Case No. 1:25-cv-08181** |
| *Plaintiff/Counterclaim Defendant* | ) | |
| | ) | **Judge Joan B. Gottschall** |
| *v.* | ) | |
| | ) | **Magistrate Judge Beth W. Jantz** |
| FIRST UNUM LIFE INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| *Defendant/Counterclaim Plaintiff* | ) | |

**FIRST UNUM LIFE INSURANCE COMPANY'S**
**MOTION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT AND**
<u>**SUMMARY JUDGMENT ON ITS COUNTERCLAIM**</u>

Defendant/Counter-Plaintiff, First Unum Life Insurance Company ("Unum"), by its attorney, Jacqueline J. Herring of Hinshaw & Culbertson LLP, submits its Motion for Judgment on Plaintiff's Claim, pursuant to Fed. R. Civ. P. 52, and for Summary Judgment on its Counterclaim, pursuant to Fed. R. Civ. P. 56 and the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA"):

1.  Plaintiff, in her Complaint, seeks payment of long term disability benefits under an employee welfare benefit plan ("Plan") insured by Unum and governed by ERISA.

2.  Unum correctly determined that Plaintiff failed to satisfy the terms and conditions for payment of additional disability benefits under the Plan. Plaintiff failed to satisfy her burden of proving entitlement to benefits under the Plan. Unum is therefore entitled to judgment in its favor on Plaintiff's Complaint.

3.  Unum filed its Counterclaim against Plaintiff, under 29 U.S.C. 1132(a)(3) to recover an overpayment of benefits that Plaintiff received under the Plan in the amount of $109,179.90. Unum is entitled to: (i) judgment against Plaintiff in the amount of $109,179.90;

(ii) an Order requiring Plaintiff to provide an accounting of benefits received by Plaintiff and her dependent child under the United States Social Security Act; and (iii) an Order permitting Unum to deduct the amount of the overpaid benefits, $109,179.90, from any disability benefits Plaintiff might be found entitled to receive under the Plan.

WHEREFORE, Defendant/Counter-Plaintiff First Unum Life Insurance Company respectfully requests entry of judgment in its favor and against Plaintiff on all claims in Plaintiff's Complaint, dismissal of Plaintiff's Complaint with prejudice, and an award to Unum of its costs and attorneys' fees pursuant to the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g). Additionally, judgment should be entered for Unum on its Counterclaim as set forth above, and an award to Unum of its costs and attorneys' fees pursuant to the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g).

Respectfully submitted,

Jacqueline J. Herring (IL-6282246)
HINSHAW & CULBERTSON LLP
151 North Franklin St., Suite 2500
Chicago, Illinois 60606
P  312.704.3975  | F  312.704.3001
JHerring@hinshawlaw.com

By: */s/ Jacqueline J. Herring*
Attorney for Defendant/Counter-Plaintiff,
First Unum Life Insurance Company

2

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Mark D. DeBofsky
DeBofsky Law, Ltd.
2 North Riverside Plaza, Suite 1420
Chicago, Illinois 60606
mdebofsky@debofsky.com

*/s/ Jacqueline J. Herring*
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
P  312.704.3975  | F  312.704.3001
JHerring@hinshawlaw.com
Ill. Bar No. 6282246

3